# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAN ROADHOUSE, individually and on behalf of a class of others similarly situated,<br><br>   *Plaintiff-Appellant*,<br><br>   v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>   *Defendant-Appellee*. | No. 13-15618<br><br>D.C. No. 2:09-cv-00033-JCM-VCF<br>District of Nevada,<br>Las Vegas |

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

  Plaintiff-Appellant Dan Roadhouse, through undersigned counsel, hereby moves, pursuant to Federal Rule of Appellate Procedure 42(b), to voluntarily dismiss his appeal. Counsel for Plaintiff-Appellant has consulted with counsel for Defendant-Appellee in the action below, who consent to this voluntary dismissal, with each side to bear its own costs.

  Accordingly, Plaintiff-Appellant respectfully requests that the Court grant his unopposed motion for voluntary dismissal.

Dated: April 18, 2013

OF COUNSEL:

YENSON, ALLEN & WOSICK, PC
Patrick D. Allen
Michael S. Jahner
4908 Alameda, NE
Albuquerque, NM 87113
Telephone: (505) 266-3995

Respectfully submitted,

  /s/ Michael J. Flannery
Michael J. Flannery
CUNEO GILBERT & LADUCA, LLP
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101
Telephone: (314) 226-1015
Fax: (202) 789-1813

*Attorneys for Plaintiff-Appellant Dan Roadhouse*

CAREY, DANIS & LOWE, LLC
James J. Rosemergy
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO  63105
Telephone:  (314) 725-7700

ARIN & ASSOCIATES, PC
Imanuel B. Arin
7201 West Lake Mead Boulevard,
Suite 208
Las Vegas, NV  89128
Telephone:  (702) 838-8600

# CERTIFICATE OF FILING AND SERVICE
# FOR DOCUMENTS FILED USING CM/ECF

I hereby certify that I have served the foregoing motion by filing it on the Court's ECF system, which will effect notice to all counsel in the action below, and by electronic mail, this 18th day of April, 2013 to the following counsel:

Thomas D. Dillard, Esq.
OLSON, CANNON, GORMLEY
 & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Email: tdillard@ocgd.com

*Attorneys for Defendant-Appellee*
*LVMPD*


April 18, 2013          /s/ Michael J. Flannery
                         Michael J. Flannery